IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Thomas A. Hooper, Jr : CASE NO.: 1:15-bk-01957
Mary E. Hooper : CHAPTER 13

## PRÆCIPE TO WITHDRAW THE PROOF OF CLAIM

Kindly withdraw the Proof of Claim that was filed with the Bankruptcy Court on January 26, 2016, in the amount of $5,398.47 for Tax Parcel No. 01-21-0271-286, 136 N 26th Street, Camp Hill, PA 17011, on behalf of the Tax Claim Bureau, in and for the County of Cumberland. The claim was paid in full in the amount of $4,158.89 on July 21, 2017.

Respectfully submitted,

Date 8/11/17

Melissa F. Mixell, Director
Cumberland County
Tax Claim Bureau
One Courthouse Square, Rm 106
Carlisle, PA 17013
(717) 240-6366