```
                               United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-01957-RNO
Thomas A. Hooper, Jr.                                                   Chapter 13
Mary E. Hooper
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner              Page 1 of 2              Date Rcvd: Aug 09, 2017
                               Form ID: ntpasnh           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
db/jdb         +Thomas A. Hooper, Jr.,    Mary E. Hooper,    136 North 26th Street,    Camp Hill, PA 17011-3616
cr             +Jeremy Allen Haring,    UC Tax Collections Support,    651 Boas street,    Room 702,
                 Harrisburg, PA 17121,    UNITED STATES OF AMERICA 17121-0751
cr             +Tracy Updike,   Schiffman, Sheridan & Brown, P.C.,     2080 Linglestown Road,    Suite 201,
                 Harrisburg, PA 17110-9670
4642825         American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
4684740         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4660948         Apria Healthcare,    PO Box 3475,   Toledo, OH 43607-0475
4642826        +Belco Community Credit Union,    449 Eisenhower Boulevard,    Harrisburg, PA 17111-2301
4660949         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,
                 Camp Hill, PA 17001-8875
4642827        +Camp Hill Borough,    2145 Walnut Street,    Camp Hill, PA 17011-3830
4700656        +Cedar Cliff, L.P.,    2555 Kingston Road,    Suite 180,   York, PA 17402-3784
4642829        +Chase Home Finance LLC,    P.O. Box 24696,    Columbus, OH 43224-0696
4642830        +Chase/Bank One Card Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
4700657        +CitiBank (South Dakota), N.A.,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
4642831        +Commonwealth Finance,    245 Main Street,    Scranton, PA 18519-1641
4642832        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4713865        +Craig A. Diehl,    3464 Trindle Road,    Camp Hill, PA 17011-4436
4642833        +Cumberland County Tax Claim Bureau,     1 Courthouse Square,    Carlisle, PA 17013-3339
4700658        +Fulton Friedman & Gullace, LLP,    130B Gettysburg Pike,    Mechanicsburg, PA 17055-5653
4657685         JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.,     3415 Vision Drive, Columbus, Ohio 43219
4693357        +JPMorgan Chase Bank, N.A. successor by merger to B,    Chase Records Center,
                 Attn: Correspondence Mail,    MAIL CODE: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4660951        +James C. Warmbrodt, Esquire,    Weltman, Weinberg & Reis,    436 Seventh Avenue, Suite 2500,
                 Pittsburgh, PA 15219-1842
4700659        +Law Offices of Craig A. Diehl,    3464 Trindle Road,    Camp Hill, PA 17011-4436
4642836        #+Metro Bank,   P.O. Box 4999,    Harrisburg, PA 17111-0999
4700660        +Michaels, Louis & Associates, Inc.,    PO Box 1062,    Moon Township, PA 15108-6062
4649109        +Midland Credit Management, Inc,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
4700662         Midland Funding LLC,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
4700663        +Midland Funding, LLC,    c/o Fulton, Friedman & Gullace LLP,    130B Gettysburg Pike,
                 Mechanicsburg, PA 17055-5653
4642839        +NCB Management Services,    1 Allied Drive,    Trevose, PA 19053-6945
4700664        +North Star Capital Acquisition LLC,    c/o Apothaker & Associates, PC,
                 520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
4700665         Shapiro Law Office, P.C.,    712 Darby Road,    PO Box 20,   Havertown, PA 19083-0210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 09 2017 19:06:36
                 Department of Labor and Industry,    Office of Chief Counsel,    651 Boas Street,    10th Floor,
                 Harrisburg, PA 17121-0751
cr              E-mail/Text: cio.bncmail@irs.gov Aug 09 2017 19:06:05      Internal Revenue Service,
                 Special Procedures Branch,    P.O. Box 12051, Room 6404,    Philadelphia, PA 19105
4700654        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 09 2017 19:06:11       Asset Acceptance LLC,
                 28405 Van Dyke,   Warren, MI 48093-7132
4700655        +E-mail/Text: notices@burt-law.com Aug 09 2017 19:06:34      Burton Neil & Associates, P.C.,
                 1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
4642828         E-mail/Text: bk.notifications@jpmchase.com Aug 09 2017 19:06:07       Chase,   P.O. Box 901076,
                 Fort Worth, TX 76101-2076
4643431        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 09 2017 19:06:36
                 Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4660950         E-mail/Text: mrdiscen@discover.com Aug 09 2017 19:06:03      Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
4650812         E-mail/Text: mrdiscen@discover.com Aug 09 2017 19:06:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
4642835         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2017 19:07:39       LVNV Funding LLC,
                 P.O. Box 10497,   Ste 110 Ms 576,    Greenville, SC 29603-0497
4642837         E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2017 19:06:12      Midland Credit Management Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
4700661        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2017 19:06:12      Midland Funding LLC,
                 8875 Aero Drive,   San Diego, CA 92123-2255
4642838        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2017 19:06:12      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
4642841         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2017 19:12:57
                 Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
4642840         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2017 19:06:09
                 Pennsylvania Department of Revenue,    Dept. 280946,   ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                  TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4653523*       +Belco Community Credit Union,    449 Eisenhower Blvd,    Harrisburg, PA 17111-2301
4643432*       +Commonwealth of Pennsylvania,    Department of Labor and Industry,    Collections Support Unit,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4642834*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 21126,   Philadelphia, PA  19114)
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Arthur Selikoff    on behalf of Creditor   Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor   JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              D Brian Simpson    on behalf of Creditor   Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              LeeAne O Huggins    on behalf of Creditor   JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              Lisa A Rynard    on behalf of Debtor Thomas A. Hooper, Jr. lrynard@pkh.com, rwhitfield@pkh.com
              Lisa A Rynard    on behalf of Joint Debtor Mary E. Hooper lrynard@pkh.com, rwhitfield@pkh.com
              Robert E Warring    on behalf of Creditor   JPMorgan Chase Bank, N.A. rwarring@reedsmith.com,
               docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Robert E Warring    on behalf of Creditor   JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Tracy Lynn Updike    on behalf of Creditor Tracy Updike tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12
```

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas A. Hooper Jr.
aka Thomas A. Hooper
Mary E. Hooper
**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−01957−RNO

Document Number: 86

Matter: Motion for Mortgage Modification

JPMorgan Chase Bank, N.A.
**Movant(s)**

vs.

Thomas A. Hooper Jr. aka Thomas A. Hooper
Mary E. Hooper
Charles J. DeHart, III Esq, Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **August 30, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: AGarner, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 9, 2017