```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01957-RNO
Thomas A. Hooper, Jr.                                               Chapter 13
Mary E. Hooper
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AGarner          Page 1 of 1        Date Rcvd: Sep 06, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db/jdb       +Thomas A. Hooper, Jr.,   Mary E. Hooper,   136 North 26th Street,   Camp Hill, PA 17011-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Arthur Selikoff    on behalf of Creditor    Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              Lisa A Rynard    on behalf of Debtor Thomas A. Hooper, Jr. lrynard@pkh.com, rwhitfield@pkh.com
              Lisa A Rynard    on behalf of Joint Debtor Mary E. Hooper lrynard@pkh.com, rwhitfield@pkh.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               rwarring@reedsmith.com, docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. rwarring@reedsmith.com,
               docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Tracy Lynn Updike    on behalf of Creditor Tracy  Updike tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas A. Hooper Jr. aka Thomas A. Hooper<br>Mary E. Hooper<br>    Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>    Movant<br>vs. | NO. 15-01957 RNO |
| Thomas A. Hooper Jr. aka Thomas A. Hooper<br>Mary E. Hooper<br>    Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>    Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on May 9, 2017 is approved, and does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: September 6, 2017