```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-01957-HWV
Thomas A. Hooper, Jr.                                               Chapter 13
Mary E. Hooper
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1          Date Rcvd: May 11, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db/jdb         +Thomas A. Hooper, Jr.,    Mary E. Hooper,    136 North 26th Street,    Camp Hill, PA 17011-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
              Arthur  Selikoff    on behalf of Creditor    Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us,   aselikoff@state.pa.us
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov,    CaseView.ECF@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              Lisa A Rynard    on behalf of Debtor 2 Mary E. Hooper lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              Lisa A Rynard    on behalf of Debtor 1 Thomas A. Hooper, Jr. lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               rwarring@reedsmith.com,    docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. rwarring@reedsmith.com,
               docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Tracy Lynn Updike    on behalf of Creditor Tracy  Updike tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THOMAS A. HOOPER, JR. | : | CASE NO. 1-15-01957-HWV |
| MARY E. HOOPER | : | |
| Debtors | : | |

## ORDER

Upon consideration of the First Interim Application of PURCELL, KRUG & HALLER, by Lisa A. Rynard, Counsel for Debtors in the above matter,

HEREBY ORDERED that compensation and expenses will be allowed for the payment of fees in the amount of $3286.50 and expenses in the amount of $119.00, for a total of $3405.50 for the time period of August 26, 2016 through March 31, 2018. The balance of any amounts due to be paid from funds previously provided for Counsel's fees and expenses in Debtors' Third Amended Chapter 13 Plan.

Dated: May 11, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)