```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-01957-HWV
Thomas A. Hooper, Jr.                                           Chapter 13
Mary E. Hooper
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: AGarner              Page 1 of 1        Date Rcvd: May 14, 2018
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db/jdb        +Thomas A. Hooper, Jr.,   Mary E. Hooper,   136 North 26th Street,   Camp Hill, PA 17011-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
     Arthur  Selikoff    on behalf of Creditor    Department of Labor and Industry
      ra-li-esbkpt-hbg@state.pa.us,   aselikoff@state.pa.us
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
     Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
      pabk@logs.com
     D Brian Simpson    on behalf of Creditor    Internal Revenue Service
      USAPAM.Bankr-WilkesBarre@usdoj.gov,   CaseView.ECF@usdoj.gov
     James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com
     LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
      pabk@logs.com
     Lisa A Rynard    on behalf of Debtor 2 Mary E. Hooper lrynard@pkh.com,
      rwhitfield@pkh.com;aburd@pkh.com
     Lisa A Rynard    on behalf of Debtor 1 Thomas A. Hooper, Jr. lrynard@pkh.com,
      rwhitfield@pkh.com;aburd@pkh.com
     Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
      rwarring@reedsmith.com,   docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. rwarring@reedsmith.com,
      docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
     Tracy Lynn Updike    on behalf of Creditor Tracy  Updike tupdike@ssbc-law.com,
      ssollenberger@ssbc-law.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                              TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| THOMAS A. HOOPER, JR. | : CASE NO 1-15-01957-HWV |
| MARY E. HOOPER | : |
|       Debtors | : |

## ORDER

AND NOW, upon consideration of Debtors' Motion to Modify Plan, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors are hereby granted leave to modify their confirmed Chapter 13 Plan, and the Third Amended Chapter 13 Plan is HEREBY CONFIRMED.

Dated: May 14, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)