```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-01957-HWV
Thomas A. Hooper, Jr.                                                   Chapter 13
Mary E. Hooper
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner              Page 1 of 1              Date Rcvd: May 30, 2018
                               Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db/jdb         +Thomas A. Hooper, Jr.,    Mary E. Hooper,    136 North 26th Street,    Camp Hill, PA 17011-3616
               +Michael Louis & Associates, Inc,   c/o Shapiro Law Office, PC,    712 Darby Rd,   PO Box 20,
                  Havertown, PA 19083-0210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Arthur Selikoff    on behalf of Creditor    Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us,   aselikoff@state.pa.us
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov,   CaseView.ECF@usdoj.gov
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              LeeAne O Huggins    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               pabk@logs.com
              Lisa A Rynard    on behalf of Debtor 2 Mary E. Hooper lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              Lisa A Rynard    on behalf of Debtor 1 Thomas A. Hooper, Jr. lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. s/b/m to Bank One, N.A.
               rwarring@reedsmith.com,   docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Robert E Warring    on behalf of Creditor    JPMorgan Chase Bank, N.A. rwarring@reedsmith.com,
               docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Tracy Lynn Updike    on behalf of Creditor Tracy  Updike tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| THOMAS A. HOOPER, JR. | : | CASE NO.: 1-15-bk-01957-HWV |
| aka THOMAS A. HOOPER | : | |
| MARY E. HOOPER | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAELS LOUIS & ASSOCIATES, INC. | : | |
|     Claimant | : | |

## ORDER

Upon Consideration of the Trustee's Objection to Claim No. 14 of Michaels Louis & Associates, Inc. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 14 of Michaels Louis & Associates, Inc. shall be deemed untimely filed.

Dated: May 30, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)