Certificate Number: 00437-PAM-DE-034674828

Bankruptcy Case Number: 15-01957



00437-PAM-DE-034674828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 6:20 o'clock PM MDT, Thomas A. Hooper completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2020

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor

Certificate Number: 00437-PAM-DE-034674827

Bankruptcy Case Number: 15-01957


00437-PAM-DE-034674827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 6:20 o'clock PM MDT, Mary E. Hooper completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2020

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor